■ 551 WEST CHELSEA PARTNERS LLC, Respondent, v 556 HOLDING LLC, Appellant. [870 NYS2d 787]—Appeal from an order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered February 20, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Nardelli, McGuire, Acosta and DeGrasse, JJ.